NUMBER 13-03-342-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
CARLOS MORENO,                                                           Appellant,

v.

STP NUCLEAR OPERATING COMPANY,                               Appellee.
____________________________________________________________________

On appeal from the 130th District Court
of Matagorda County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, CARLOS MORENO, perfected an appeal from a judgment entered by
the 130th District Court of Matagorda County, Texas, in cause number 01-E-0415-C. 
After the record and appellant’s brief were filed, the parties filed a joint motion to
dismiss the appeal. In the motion, the parties state that all claims in this matter have
been settled. The parties request that this Court dismiss the appeal and that costs be
incurred against the party incurring same.
         The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 12th day of February, 2004.